IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SALLY BEAUTY HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | C.A. No. 4:19-cv-307-ALM |
| v. | § | |
| | § | |
| VISA INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Sally Beauty Holdings, Inc.'s Notice of Voluntary Dismissal Without Prejudice of Defendant Visa Inc. After consideration, the Court concludes that the Notice of Voluntary Dismissal Without Prejudice was properly filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) and (a)(1)(B). It is therefore **ORDERED** that Defendant Visa Inc. is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby denied, and the Clerk is directed to CLOSE this action.

**IT IS SO ORDERED.**

**SIGNED** this 19th day of August, 2019.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE